# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | SACV 18-01881JVS(DFMx) |
| Date | March 8, 2019 |
| Title | Adam Ghadiri v Big Tomy's, et al |

Present: The Honorable  James V. Selna

Karla J. Tunis — Deputy Clerk

Not Present — Court Reporter

Attorneys Present for Plaintiffs: Not Present

Attorneys Present for Defendants: Not Present

**Proceedings:** (In Chambers) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

The Court, on its own motion, hereby ORDERS plaintiff(s) to show cause in writing no later than **March 22, 2019,** why this action should not be dismissed for lack of prosecution. As an alternative to a written response by plaintiff(s), the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

__X__ Proof of service of summons and complaint as to all defendants, except those indicated below

__X__ Answer by the defendant(s) or plaintiff's request for entry of default as to <u>defendant</u> **Big Tomy's**

Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 120 days after the filing of the complaint. Fed. R. Civ. P. 4(m) The Court may dismiss the action prior to the expiration of such time, however, if plaintiff(s) has/have not diligently prosecuted the action.

It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1

: 00

Initials of Preparer  lmb