JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Adam Ghadiri, | ) | SACV 18-01881-JVS(DFMx) |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL FOR |
| v. | ) | LACK OF PROSECUTION |
| Big Tomy's, et al., | ) | |
| Defendants. | ) | |

The Court having issued an Order to Show Cause re Dismissal for Lack of Prosecution on March 8, 2019, and no response to the Order to Show Cause having been filed, and no proof of service having been filed in this action as to all defendants except Big Tomy's, and no answer or request for default having been filed as to Big Tomy's,

IT IS HEREBY ORDERED that this action is dismissed, without prejudice, for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: April 23, 2019

_____
James V. Selna
United States District Judge